# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ATON CENTER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION HEALTHCARE, LLC, a limited liability company; DANA NARDI, an individual; DOES 2-10,<br><br>Defendants. | Case No. 3:20-cv-01146-W-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE [Doc. 22]** |
|---|---|

Pursuant to the Parties' joint motion, this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs. The Motion to Dismiss is **DENIED AS MOOT**. [Doc. 7.]

**IT IS SO ORDERED.**

Dated:  December 3, 2020

_____
Hon. Thomas J. Whelan
United States District Judge